IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § |
| v. | § Civil Action No.: 4:19-cv-1774 |
| | § |
| ANDREW I. FARMER, EDDIE D. AUSTIN, JR., SCOTT R. SIECK, CAROLYN AUSTIN, and JOHN D. BROTHERTON, | § § § § § § § |
| Defendants. | § § |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The Securities and Exchange Commission is unaware of any person or entity, other than the Defendants and their investors, who have a financial interest in the outcome of this litigation.

Dated:  May 15, 2019               Respectfully submitted,


                                    s/Matthew J. Gulde
                                    Matthew J. Gulde
                                    Illinois Bar No.  6272325
                                    S.D. Texas Bar No. 1821299
                                    U.S. Securities and Exchange Commission
                                    Burnett Plaza, Suite 1900
                                    801 Cherry Street, Unit #18
                                    Fort Worth, TX  76102-6882
                                    (817) 978-1410 (mjg)
                                    (817) 978-4927 (fax)
                                    guldem@sec.gov

                                    s/ Joshua E. Braunstein
                                    Joshua E. Braunstein
                                    Maryland  Bar No. 9412130082 (motion for admission *pro hac vice* pending)

100 F Street, NE
Washington, DC 20549
(202) 551-8470
BraunsteinJ@sec.gov
U.S. Securities and Exchange Commission

**ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION**

Of Counsel:
J. Lee Buck II
Christopher R. Mathews
Kelly V. Silverman
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549