IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 4:19-cv-1774 |
| § | |
| **ANDREW I. FARMER,** § | |
| **EDDIE D. AUSTIN, JR.,** § | |
| **SCOTT R. SIECK,** § | |
| **CAROLYN P. AUSTIN,** § | |
| and § | |
| **JOHN D. BROTHERTON,** § | |
| § | |
| Defendants. § | |
| § | |

**UNOPPOSED MOTION TO ENTER AGREED FINAL
JUDGMENT AGAINST DEFENDANTS**

Plaintiff U.S. Securities and Exchange Commission (the "Commission"), respectfully moves the Court for entry of the attached proposed Final Judgments ("Judgments") as to Defendants Andrew I. Farmer, Eddie D. Austin, Jr., Scott R. Sieck, Carolyn P. Austin, and John D. Brotherton ("Defendants").  In support of this motion, the Commission states as follows:

1. With this motion, the Commission contemporaneously is filing its Complaint with this Court.

2. The Commission has reached a settlement with all Defendants regarding the Commission's claims.  Each Defendant consents to the entry of a Final Judgment against him/her.  In addition to injunctive relief, Defendants have agreed to pay disgorgement, prejudgment interest thereon, and civil penalties as follows:

> a. **Andrew Farmer**: Pay disgorgement in the amount of $3 million, plus prejudgment interest thereon in the amount of $276,076.29 for a total of $3,276,076.29.  The $3,276,076.29 payment obligation shall be offset, up to

the full amount of said payment obligation, by the sum total of any order of restitution and/or forfeiture entered against Defendant in *United States v. Farmer, et al.*, Crim. No. 4:16-cr-00408 (S.D. Tex.).

    b. **Eddie D. Austin, Jr.**: Jointly and severally with Carolyn P. Austin, pay disgorgement in the amount of $3 million, plus prejudgment interest thereon in the amount of $276,076.29, for a total of $3,276,076.29. The $3,276,076.29 payment obligation shall be offset, up to the full amount of said payment obligation, by the sum total of any order of restitution and/or forfeiture entered against Defendant and/or Carolyn P. Austin in *United States v. Farmer, et al.*, Crim. No. 4:16-cr-00408 (S.D. Tex.).

    c. **Scott R. Sieck**: Pay disgorgement in the amount of $2,750,000, plus prejudgment interest thereon in the amount of $209,796.43, for a total of $2,959,796.43. The $2,959,796.43 payment obligation shall be offset, up to the full amount of said payment obligation, by the sum total of any order of restitution and/or forfeiture entered against Defendant in *United States v. Farmer, et al.*, Crim. No. 4:16-cr-00408 (S.D. Tex.).

    d. **Carolyn P. Austin**: Jointly and severally with Eddie D. Austin, Jr., pay disgorgement in the amount of $3 million, plus prejudgment interest thereon in the amount of $276,076.29, for a total of $3,276,076.29. The $3,276,076.29 payment obligation shall be offset, up to the full amount of said payment obligation, by the sum total of any order of restitution and/or forfeiture entered against Defendant and/or Eddie D. Austin, Jr. in *United States v. Farmer, et al.*, Crim. No. 4:16-cr-00408 (S.D. Tex.).

  e. **John D. Brotherton:**  Pay disgorgement in the amount of $1,500,000, plus prejudgment interest thereon in the amount of $133,538.16, for a total of $1,633,538.16.  The $1,633,538.16 payment obligation shall be offset, up to the full amount of said payment obligation, by the sum total of any order of restitution and/or forfeiture entered against Defendant in *United States v. Farmer, et al.*, Crim. No 4:16-cr-00408 (S.D. Tex.).

3. Defendants have each executed the respective Consents and agree to the form of the respective proposed Final Judgments.  A copy of each Consent is attached hereto as Exhibits A-E and a copy of each of the Judgments is attached hereto as Exhibits F-J.

4. The Commission respectfully requests that the Court enter the Final Judgments as to all Defendants.

Dated:  May 15, 2019       Respectfully submitted,

 *s/ Matthew J. Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
S.D. Texas Bar No. 1821299
U.S. Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Phone:  (817) 978-1410
Fax:  (817) 978-4927
GuldeM@sec.gov

s/ Joshua E. Braunstein
Joshua E. Braunstein
Maryland  Bar No. 9412130082 (motion for admission *pro hac vice* pending)
U.S. Securities and Exchange Commission

100 F Street, NE
Washington, DC 20549
Phone: (202) 551-8470
BraunsteinJ@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**

Of Counsel:
J. Lee Buck II
Christopher R. Mathews
Kelly V. Silverman
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

# CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court. Additionally, I have caused a true copy thereof to be delivered by UPS, next day air, addressed to:

Andrew Ian Farmer
27411 Robillard Springs Lane
Katy, TX 77494
(619) 247-2680 (phone)
apfarmer@yahoo.com
    *Pro se Defendant*

Robert Eric Reed, Esq.
Reed Law Firm, PLLC
402 Main Street, Suite 3 South
Houston, TX 77002
(713) 600-1800 (phone)
(713) 600-1840 (fax)
ereed@reedlawpllc.com
    *Counsel to Eddie D. Austin, Jr.*

Robert D. Axelrod ("Bobby")
Axelrod & Smith
5300 Memorial Drive, Ste. 1000
Houston, Texas 77007
(713) 861-1996, ext. 2 (phone)
(713) 552-0202 (fax)
rdaxel@asklawhou.com
    *Counsel to Scott R. Sieck*

Dan Lamar Cogdell, Esq.
Cogdell Law Firm PLLC
402 Main Street, 4th Floor
Houston, TX 77002
(713) 426-2244 (phone)
(713) 426-2255 (fax)
dan@cogdell-law.com
    *Counsel to Carolyn P. Austin*

Tad Nelson
The Law Offices of Tad Nelson & Associates
820 East Main
League City, Texas 77573
(281) 280-0100 (phone)

(281) 316-9208 (fax)
tad@thenelsonfirm.com
    *Counsel to John D. Brotherton*

                                                  *s/Matthew J. Gulde*
                                                  Matthew J. Gulde